IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN SHIKO, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-2627 |
| | : | |
| v. | : | |
| | : | |
| MAURER & SCOTT, INC., d/b/a | : | |
| MAURER & SCOTT SALES, INC., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of January, 2019, the parties having settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement and without costs.

BY THE COURT:

By: */s/ Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov